IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:09-715-JFA |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ARTHUR L. CAMPBELL | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court on defendant's motion to compel the government to move for a reduction of his sentence for substantial assistance pursuant to Rule 35(b).

The United States Attorney is respectfully requested to file a memorandum setting forth the government's position as to the defendant's motion within thirty (30) days from the date of this order.

IT IS SO ORDERED.

October 15, 2012  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge