IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-715-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISRAEL JUAREZ DELGADO | ) | |
| _____ | ) | |

This court has previously denied the defendant's motion for relief pursuant to 28 U.S.C. § 2255, and that denial has been affirmed by the United States Court of Appeals for the Fourth Circuit.

The defendant now returns with a second motion to alter or amend the judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. A defendant may not alter or amend a judgment by a district court that has already been affirmed by the Court of Appeals. For the foregoing reasons, the motion (ECF No. 275) is denied.

IT IS SO ORDERED.

July 17, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge